# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Shawn Joseph Damberger, ) | |
| ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff ) | **STATUS CONFERENCE** |
| ) | |
| v. ) | |
| ) | |
| Ally Financial, Inc., ) | |
| ) | Case No. 1:24-cv-137 |
| Defendant. ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on November 22, 2024, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 22nd day of August, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court