## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Shawn Joseph Damberger, | ) | |
| | ) | **AMENDED ORDER FOR MID-** |
| Plaintiff, | ) | **DISCOVERY STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| Ally Financial, Inc., | ) | |
| | ) | Case No. 1:24-cv-137 |
| Defendant. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held n November 22, 2024, at 9:00 AM before the magistrate judge by telephone.  To participate in the conference, the parties shall call (571) 353-2301 and enter access code 292466149.  The conference may be recorded for the convenience of the court.

Dated this 30th day of September, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court